IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **06 - CV - 01890**-*BWB*

(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLO.

SEP 22 2006

GREGORY C. LANGHAM
CLERK

LUIS CONTRERAS,

    Petitioner,

v.

[NO NAMED RESPONDENT],

    Respondent.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PETITIONER TO CURE DEFICIENCY

---

Petitioner has submitted a Motion to Writ of Habeas Corpus Federal. As part of

the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the

submitted document is deficient as described in this order. He has failed either to pay

the $5.00 filing fee or to file a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. § 1915 in Habeas Corpus Action. Notwithstanding the

deficiencies, the clerk of the court will be directed to commence a civil action. Petitioner

will be directed to cure the following if he wishes to pursue his claims. Any papers

which the Petitioner files in response to this order must include the civil action number

on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   <u>X</u>   is not submitted
(2)   __   is missing affidavit
(3)   __   is missing certified copy of prisoner's trust fund statement for the 6-month

Dockets.Justia.com

period immediately preceding this filing

(4) ___ is missing required financial information

(5) ___ is missing an original signature by the prisoner

(6) ___ is not on proper form (must use the court's current form)

(7) ___ names in caption do not match names in caption of complaint, petition or habeas application

(8) ___ An original and a copy have not been received by the court. Only an original has been received.

(9) _X_ other: motion is necessary only if filing fee is not paid in advance.

**Complaint, Petition or Application:**

(10) ___ is not submitted

(11) _X_ is not on proper form (must use the court's current form)

(12) ___ is missing an original signature by the prisoner

(13) ___ is missing page nos. ___

(14) ___ uses et al. instead of listing all parties in caption

(15) ___ An original and a copy have not been received by the court. Only an original has been received.

(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.

(17) ___ names in caption do not match names in text

(18) ___ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Petitioner cure the deficiencies designated above

**within thirty (30) days from the date of this order**. Any papers which the Petitioner

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Petitioner, together

with a copy of this order, two copies of the following forms: a Prisoner's Motion and

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action

and an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that, if the Petitioner fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the action will be

dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this __21ˢᵗ__ day of __September__ , 2006.

BY THE COURT:

_____

BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. **06 - CV - 01890 -** *BNB*

Luis Contreras
P.O. Box 5001
Brighton, CO 80601

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** to the above-named individuals on *9-22-06*

GREGORY C. LANGHAM, CLERK

By: _____
                          Deputy Clerk